**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Shawn M. Devinney**
**Dawn L. Devinney**
Debtor(s)

Bankruptcy Case No.: 17−23285−CMB

Chapter: 13
Docket No.: 85 − 83

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 27th of October, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 12/12/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/19/23 at 02:30 PM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **12/12/22.**

                                                      Carlota M. Bohm
                                                      United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Shawn M. Devinney  
Dawn L. Devinney  
    Debtors

Case No. 17-23285-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 6  
Date Rcvd: Oct 27, 2022      Form ID: 408v      Total Noticed: 69

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shawn M. Devinney, Dawn L. Devinney, 20 Pecan Dr., Pittsburgh, PA 15235-2626 |
| 14676519 | + | Discover Card, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14676520 | + | Dollar Bank Credit Card Operations, PO Box 1700, Pittsburgh, PA 15230-1700 |
| 14676524 | + | Home Depot Credit Dept., PO Box 9001010, Louisville, KY 40290-1010 |
| 14676538 | | PNC Bank Visa, PO Box 865177, Louisville, KY 40285 |
| 14697394 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14676535 | + | Penn Hills School District & Township, c/o Maiello Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14676536 | | Penn Hills Sewage, c/o Portnoff Law Associates, 1000 Sandy Hill Road, Suite 150, Norristown, PA 19401 |
| 14676539 | + | Raymond Wendolowski, Jr., Esq., Bernstein-Burkley, PC, 707 Grant Street, Suite 2200, Pittsburgh, PA 15219-1945 |
| 14676542 | | Sunoco, Inc., P.O. Box 78056, Phoenix, AZ 85062-8056 |
| 14676546 | + | UPMC Health Services, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Oct 27 2022 23:39:00 | ECMC, ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 27 2022 23:42:14 | MidFirst Bank, Bankruptcy Payments, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 27 2022 23:39:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14676501 | + | Email/Text: bncnotifications@pheaa.org | Oct 27 2022 23:39:00 | American Education Services, Payment Center, Harrisburg, PA 17130-0001 |
| 14676503 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 27 2022 23:39:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14724816 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 27 2022 23:39:00 | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14676502 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 27 2022 23:39:00 | Bank of America, PO Box 15220, Wilmington, DE 19886-5220 |
| 14722369 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 27 2022 23:39:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14676507 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 27 2022 23:39:00 | Barclay's Bank, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14676505 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 27 2022 23:39:00 | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |

| District/off: 0315-2 | User: auto | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Oct 27, 2022 | Form ID: 408v | Total Noticed: 69 |

| | | | | |
|---|---|---|---|---|
| 14676510 | | Email/Text: cms-bk@cms-collect.com | Oct 27 2022 23:39:00 | Capital Management Services, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14676512 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2022 23:41:26 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14676511 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2022 23:42:15 | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 14720437 | | Email/PDF: bncnotices@becket-lee.com | Oct 27 2022 23:41:30 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14676517 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2022 23:41:31 | CitiBank, PO Box 9001037, Louisville, KY 40290-1037 |
| 14676518 | | Email/PDF: DellBKNotifications@resurgent.com | Oct 27 2022 23:41:54 | Dell, P.O. Box 6403, Carol Stream, IL 60197 |
| 14676532 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2022 23:41:55 | Macy's, PO Box 78008, Phoenix, AZ 85062 |
| 14732264 | | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2022 23:39:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14683797 | | Email/Text: mrdiscen@discover.com | Oct 27 2022 23:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14869151 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 27 2022 23:39:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14677102 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 27 2022 23:39:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14676521 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 27 2022 23:39:00 | First National Bank of Omaha, PO Box 2557, Omaha, NE 68103 |
| 14676522 | | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 23:41:53 | HH Gregg, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14676525 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2022 23:41:55 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 14676526 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 27 2022 23:39:00 | Home Shopping Network, c/o Comenity Bank, PO Box 659707, San Antonio, TX 78265-9707 |
| 14676527 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 23:41:54 | JC Penney's, c/o Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 14676516 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 27 2022 23:42:13 | Chase Mortgage, PO Box 78420, Phoenix, AZ 85062 |
| 14676528 | | Email/Text: BKRMailOPS@weltman.com | Oct 27 2022 23:39:00 | Kay Jewelers, P.O. Box 740425, Cincinnati, OH 45274-0425 |
| 14676529 | | Email/Text: PBNCNotifications@peritusservices.com | Oct 27 2022 23:39:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14738346 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2022 23:41:30 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14738250 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2022 23:41:55 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14738246 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2022 23:41:31 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14676530 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 23:41:26 | Levin Furniture, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14676531 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 23:41:26 | Lowe's, c/o Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15073886 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 27 2022 23:41:25 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14690751 | + | Email/Text: bncnotifications@pheaa.org | Oct 27 2022 23:39:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14676537 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 27 2022 23:39:00 | PNC Bank, PO Box 747066, Pittsburgh, PA 15274 |
| 14735413 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 27 2022 23:39:00 | PNC Bank, N.A., PO Box 94982, Cleveland, Ohio 44101 |
| 14708753 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2022 23:42:17 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14677101 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 27 2022 23:41:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14676533 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 23:42:15 | Paypal Credit, c/o Synchrony Bank, PO Box 960080, Orlando, FL 32896-0080 |
| 14748491 | | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2022 23:39:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14691227 | | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2022 23:39:00 | Quantum3 Group LLC as agent for, Sterling Jewelers Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14676541 | | Email/Text: legalservices12@snaponcredit.com | Oct 27 2022 23:39:00 | Snap on Credit, 950 Technology Way, Libertyville, IL 60048 |
| 14683515 | | Email/Text: legalservices12@snaponcredit.com | Oct 27 2022 23:39:00 | Snap-on Credit, LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 14676540 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 23:42:15 | Sam's Club, c/o Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14750528 | + | Email/Text: bncmail@w-legal.com | Oct 27 2022 23:39:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14676543 | | Email/Text: bncmail@w-legal.com | Oct 27 2022 23:39:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 14676544 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 23:42:14 | The Q Card, c/o Synchrony Bank, PO Box 530905, Atlanta, GA 30353-0905 |
| 14676545 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 27 2022 23:40:00 | TruGreen, c/o Transworld Systems, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 14747959 | ^ | MEBN | Oct 27 2022 23:33:46 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14676547 | | Email/Text: amieg@stcol.com | Oct 27 2022 23:39:00 | UPMC Physician Services, c/o State Collection Service Inc., 2509 South Stoughton Road, Madison, WI 53716-3314 |
| 14747958 | ^ | MEBN | Oct 27 2022 23:33:35 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14676548 | | Email/Text: amieg@stcol.com | Oct 27 2022 23:39:00 | UPMC Presbyterian-Shadyside, c/o State Collection Service, 2509 South Stoughton Road, Madison, WI 53716-3314 |
| 14676549 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Oct 27 2022 23:39:00 | US Dept. of Education, PO Box 530229, Atlanta, GA 30353-0229 |
| 14750314 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Oct 27 2022 23:39:00 | United States Department of Education, Claims Filing Unit, Po Box 8973, Madison, WI 53708-8973 |
| 14676550 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 23:41:31 | Walmart, c/o Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |

Case 17-23285-CMB    Doc 86    Filed 10/29/22    Entered 10/30/22 00:25:17    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0315-2 | User: auto | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Oct 27, 2022 | Form ID: 408v | Total Noticed: 69 |

| 14676552 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 27 2022 23:39:00 | Zales, c/o Comenity Bank, PO Box 659819, San Antonio, TX 78265-9119 |

TOTAL: 58

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | JPMorgan Chase Bank, National Association |
| 14752192 | | Duquesne Light Company |
| 14733240 | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14684413 | *+ | American Education Services, Payment Center, Harrisburg, PA 17130-0001 |
| 14676504 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14684415 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14684416 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14684414 | *+ | Bank of America, PO Box 15220, Wilmington, DE 19886-5220 |
| 14684419 | *+ | Barclay's Bank, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14676506 | *+ | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14676508 | *+ | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14676509 | *+ | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14684417 | *+ | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14684418 | *+ | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14684420 | *+ | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14684421 | *+ | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14684422 | * | Capital Management Services, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14676514 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14676515 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14684424 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14684426 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14684427 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14676513 | *+ | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 14684423 | *+ | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 14684425 | *+ | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 14684429 | *+ | CitiBank, PO Box 9001037, Louisville, KY 40290-1037 |
| 14684430 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell, P.O. Box 6403, Carol Stream, IL 60197 |
| 14736014 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14684444 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Macy's, PO Box 78008, Phoenix, AZ 85062 |
| 14684431 | *+ | Discover Card, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14684432 | *+ | Dollar Bank Credit Card Operations, PO Box 1700, Pittsburgh, PA 15230-1700 |
| 14684433 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, First National Bank of Omaha, PO Box 2557, Omaha, NE 68103 |
| 14676523 | * | HH Gregg, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14684434 | * | HH Gregg, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14684435 | * | HH Gregg, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14684436 | *+ | Home Depot Credit Dept., PO Box 9001010, Louisville, KY 40290-1010 |
| 14684437 | *+ | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 14684438 | *+ | Home Shopping Network, c/o Comenity Bank, PO Box 659707, San Antonio, TX 78265-9707 |
| 14684439 | *+ | JC Penney's, c/o Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 14684428 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Mortgage, PO Box 78420, Phoenix, AZ 85062 |
| 14684440 | * | Kay Jewelers, P.O. Box 740425, Cincinnati, OH 45274-0425 |
| 14684441 | * | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14684442 | *+ | Levin Furniture, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |

| | | |
|---|---|---|
| 14684443 | *+ | Lowe's, c/o Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14684449 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 747066, Pittsburgh, PA 15274 |
| 14684450 | * | PNC Bank Visa, PO Box 865177, Louisville, KY 40285 |
| 14676534 | *+ | Paypal Credit, c/o Synchrony Bank, PO Box 960080, Orlando, FL 32896-0080 |
| 14684445 | *+ | Paypal Credit, c/o Synchrony Bank, PO Box 960080, Orlando, FL 32896-0080 |
| 14684446 | *+ | Paypal Credit, c/o Synchrony Bank, PO Box 960080, Orlando, FL 32896-0080 |
| 14684447 | *+ | Penn Hills School District & Township, c/o Maiello Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14684448 | * | Penn Hills Sewage, c/o Portnoff Law Associates, 1000 Sandy Hill Road, Suite 150, Norristown, PA 19401 |
| 14684451 | *+ | Raymond Wendolowski, Jr., Esq., Bernstein-Burkley, PC, 707 Grant Street, Suite 2200, Pittsburgh, PA 15219-1945 |
| 14684453 | *P++ | SNAP ON CREDIT, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339, address filed with court:, Snap on Credit, 950 Technology Way, Libertyville, IL 60048 |
| 14684452 | *+ | Sam's Club, c/o Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14684454 | * | Sunoco, Inc., P.O. Box 78056, Phoenix, AZ 85062-8056 |
| 14684455 | * | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 14684456 | *+ | The Q Card, c/o Synchrony Bank, PO Box 530905, Atlanta, GA 30353-0905 |
| 14684457 | *+ | TruGreen, c/o Transworld Systems, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 14684458 | *+ | UPMC Health Services, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14684459 | * | UPMC Physician Services, c/o State Collection Service Inc., 2509 South Stoughton Road, Madison, WI 53716-3314 |
| 14684460 | * | UPMC Presbyterian-Shadyside, c/o State Collection Service, 2509 South Stoughton Road, Madison, WI 53716-3314 |
| 14684461 | *+ | US Dept. of Education, PO Box 530229, Atlanta, GA 30353-0229 |
| 14676551 | *+ | Walmart, c/o Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 14684462 | *+ | Walmart, c/o Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 14684463 | *+ | Walmart, c/o Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 14684464 | *+ | Zales, c/o Comenity Bank, PO Box 659819, San Antonio, TX 78265-9119 |

TOTAL: 4 Undeliverable, 65 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Joseph A. Dessoye | on behalf of Creditor JPMorgan Chase Bank National Association pawb@fedphe.com |
| Kenneth Steidl | on behalf of Debtor Shawn M. Devinney julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Dawn L. Devinney julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 6 of 6 |
| Date Rcvd: Oct 27, 2022 | Form ID: 408v | Total Noticed: 69 |

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 9

Case 17-23285-CMB    Doc 86    Filed 10/29/22    Entered 10/30/22 00:25:17    Desc Imaged
Certificate of Notice    Page 7 of 7