**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SHAWN M. DEVINNEY<br>DAWN L. DEVINNEY<br>       Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>       Movant<br>     vs.<br>No Respondents. | Case No.:17-23285<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 25, 2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/15/2017 and confirmed on 10/10/17 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 188,776.80 |
| Less Refunds to Debtor | 3,370.43 | |
| TOTAL AMOUNT OF PLAN FUND | | 185,406.37 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,200.00 | |
|   Trustee Fee | 8,360.60 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,560.60 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 82,926.45 | 0.00 | 82,926.45 |
|     Acct: 7215 | | | | |
|   MIDFIRST BANK SSB* | 165.71 | 165.71 | 0.00 | 165.71 |
|     Acct: 7215 | | | | |
|   SNAP-ON CREDIT LLC | 8,042.28 | 8,042.28 | 643.47 | 8,685.75 |
|     Acct: 2703 | | | | |
|   QUANTUM3 GROUP LLC AGNT - STERLIN( | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2131 | | | | |
|   BANK OF AMERICA NA** | 25,811.05 | 25,811.05 | 2,914.61 | 28,725.66 |
|     Acct: 5778 | | | | |
|   PNC BANK NA | 36,086.08 | 36,086.08 | 0.00 | 36,086.08 |
|     Acct: 6556 | | | | |
| | | | | 156,589.65 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAWN M. DEVINNEY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAWN M. DEVINNEY | 1,431.00 | 1,431.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAWN M. DEVINNEY | 1,939.43 | 1,939.43 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,200.00 | 3,200.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PENN HILLS SD & PENN HILLS MUNIC (EIT | 732.90 | 732.90 | 0.00 | 732.90 |
|     Acct: 1362 | | | | |
| | | | | 732.90 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 429.18 | 35.72 | 0.00 | 35.72 |
|     Acct: | | | | |
|   ECMC(*) | 14,307.93 | 1,190.66 | 0.00 | 1,190.66 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 0049 | | | | |
| | BANK OF AMERICA NA** | 5,148.40 | 428.43 | 0.00 | 428.43 |
| | Acct: 8742 | | | | |
| | BANK OF AMERICA NA** | 11,015.03 | 916.63 | 0.00 | 916.63 |
| | Acct: 3741 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 4,819.67 | 401.07 | 0.00 | 401.07 |
| | Acct: 9031 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 2,459.94 | 204.71 | 0.00 | 204.71 |
| | Acct: 8595 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 2,041.99 | 169.92 | 0.00 | 169.92 |
| | Acct: 9032 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 2,066.84 | 171.99 | 0.00 | 171.99 |
| | Acct: 3350 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 7,348.79 | 611.54 | 0.00 | 611.54 |
| | Acct: 7930 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 652.30 | 54.28 | 0.00 | 54.28 |
| | Acct: 9512 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 951.93 | 79.22 | 0.00 | 79.22 |
| | Acct: 9885 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 418.06 | 34.79 | 0.00 | 34.79 |
| | Acct: 1492 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 560.58 | 46.65 | 0.00 | 46.65 |
| | Acct: 3796 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 2,882.02 | 239.83 | 0.00 | 239.83 |
| | Acct: 7223 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 2,202.33 | 183.27 | 0.00 | 183.27 |
| | Acct: 5037 | | | | |
| | DELL FINANCIAL SERVICES LLC | 1,011.79 | 84.20 | 0.00 | 84.20 |
| | Acct: 4664 | | | | |
| | DISCOVER BANK(*) | 1,966.08 | 163.61 | 0.00 | 163.61 |
| | Acct: 8314 | | | | |
| | DOLLAR BANK FSB(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3001 | | | | |
| | FIRST NATIONAL BANK OF OMAHA(*) | 2,384.69 | 198.44 | 0.00 | 198.44 |
| | Acct: 9985 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6105 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6006 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 2,134.99 | 177.66 | 0.00 | 177.66 |
| | Acct: 8664 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 4,576.45 | 380.83 | 0.00 | 380.83 |
| | Acct: 7144 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 2,499.92 | 208.03 | 0.00 | 208.03 |
| | Acct: 7209 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 3,459.03 | 287.85 | 0.00 | 287.85 |
| | Acct: 1285 | | | | |
| | CAPITAL ONE NA** | 1,053.79 | 87.70 | 0.00 | 87.70 |
| | Acct: 0281 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 2,673.97 | 222.52 | 0.00 | 222.52 |
| | Acct: 8001 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 3,859.01 | 321.14 | 0.00 | 321.14 |
| | Acct: 4603 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 4,501.53 | 374.60 | 0.00 | 374.60 |
| | Acct: 6340 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 6,561.93 | 546.06 | 0.00 | 546.06 |
| | Acct: 6679 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0351 | | | | |
| | PENN HILLS SEWAGE* | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: | | | | |
|     PNC BANK NA | 19,397.61 | 1,614.20 | 0.00 | 1,614.20 |
| Acct: 6641 | | | | |
|     QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,614.53 | 134.35 | 0.00 | 134.35 |
| Acct: 8056 | | | | |
|     SUNOCO/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2964 | | | | |
|     TD BANK USA NA** | 3,406.18 | 283.45 | 0.00 | 283.45 |
| Acct: 4946 | | | | |
|     QUANTUM3 GROUP LLC AGNT - MOMA FU | 4,114.88 | 342.43 | 0.00 | 342.43 |
| Acct: 8768 | | | | |
|     TRANSWORLD SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5844 | | | | |
|     UPMC PHYSICIAN SERVICES | 245.78 | 20.45 | 0.00 | 20.45 |
| Acct: 0049 | | | | |
|     UPMC HEALTH SERVICES | 769.49 | 64.04 | 0.00 | 64.04 |
| Acct: 0049 | | | | |
|     UNITED STATES DEPARTMENT OF EDUCA | 65,074.76 | 5,415.29 | 0.00 | 5,415.29 |
| Acct: 0049 | | | | |
|     QUANTUM3 GROUP LLC AGNT - MOMA FU | 5,690.87 | 473.57 | 0.00 | 473.57 |
| Acct: 4654 | | | | |
|     QUANTUM3 GROUP LLC AGNT - MOMA FU | 2,263.46 | 188.36 | 0.00 | 188.36 |
| Acct: 2001 | | | | |
|     QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,527.19 | 127.08 | 0.00 | 127.08 |
| Acct: 8114 | | | | |
|     UPMC HEALTH SERVICES | 211.81 | 17.63 | 0.00 | 17.63 |
| Acct: 1362 | | | | |
|     UPMC PHYSICIAN SERVICES | 252.60 | 21.02 | 0.00 | 21.02 |
| Acct: 1362 | | | | |
|     SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8056 | | | | |
|     PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     CAPITAL MANAGEMENT SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 16,523.22 |

TOTAL PAID TO CREDITORS                                                                               173,845.77

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 732.90 |
| SECURED | 70,105.12 |
| UNSECURED | 198,557.33 |

Date: 10/25/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
SHAWN M. DEVINNEY
DAWN L. DEVINNEY
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-23285

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                  Case No. 17-23285-CMB

Shawn M. Devinney        Chapter 13

Dawn L. Devinney

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: auto           Page 1 of 6

Date Rcvd: Oct 27, 2022          Form ID: pdf900         Total Noticed: 69

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++            Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shawn M. Devinney, Dawn L. Devinney, 20 Pecan Dr., Pittsburgh, PA 15235-2626 |
| 14676519 | + | Discover Card, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14676520 | + | Dollar Bank Credit Card Operations, PO Box 1700, Pittsburgh, PA 15230-1700 |
| 14676524 | + | Home Depot Credit Dept., PO Box 9001010, Louisville, KY 40290-1010 |
| 14676538 | | PNC Bank Visa, PO Box 865177, Louisville, KY 40285 |
| 14697394 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14676535 | + | Penn Hills School District & Township, c/o Maiello Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14676536 | | Penn Hills Sewage, c/o Portnoff Law Associates, 1000 Sandy Hill Road, Suite 150, Norristown, PA 19401 |
| 14676539 | + | Raymond Wendolowski, Jr., Esq., Bernstein-Burkley, PC, 707 Grant Street, Suite 2200, Pittsburgh, PA 15219-1945 |
| 14676542 | | Sunoco, Inc., P.O. Box 78056, Phoenix, AZ 85062-8056 |
| 14676546 | + | UPMC Health Services, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Oct 27 2022 23:39:00 | ECMC, ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 27 2022 23:42:14 | MidFirst Bank, Bankruptcy Payments, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 27 2022 23:39:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14676501 | + | Email/Text: bncnotifications@pheaa.org | Oct 27 2022 23:39:00 | American Education Services, Payment Center, Harrisburg, PA 17130-0001 |
| 14676503 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 27 2022 23:39:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14724816 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 27 2022 23:39:00 | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14676502 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 27 2022 23:39:00 | Bank of America, PO Box 15220, Wilmington, DE 19886-5220 |
| 14722369 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 27 2022 23:39:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14676507 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 27 2022 23:39:00 | Barclay's Bank, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14676505 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 27 2022 23:39:00 | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14676510 | | Email/Text: cms-bk@cms-collect.com | Oct 27 2022 23:39:00 | Capital Management Services, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14676512 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2022 23:41:50 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14676511 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2022 23:42:15 | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 14720437 | | Email/PDF: bncnotices@becket-lee.com | Oct 27 2022 23:41:31 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14676517 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2022 23:41:31 | CitiBank, PO Box 9001037, Louisville, KY 40290-1037 |
| 14676518 | | Email/PDF: DellBKNotifications@resurgent.com | Oct 27 2022 23:41:30 | Dell, P.O. Box 6403, Carol Stream, IL 60197 |
| 14676532 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2022 23:42:20 | Macy's, PO Box 78008, Phoenix, AZ 85062 |
| 14732264 | | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2022 23:39:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14683797 | | Email/Text: mrdiscen@discover.com | Oct 27 2022 23:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14869151 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 27 2022 23:39:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14677102 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 27 2022 23:39:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14676521 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 27 2022 23:39:00 | First National Bank of Omaha, PO Box 2557, Omaha, NE 68103 |
| 14676522 | | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 23:42:19 | HH Gregg, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14676525 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2022 23:42:20 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 14676526 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 27 2022 23:39:00 | Home Shopping Network, c/o Comenity Bank, PO Box 659707, San Antonio, TX 78265-9707 |
| 14676527 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 23:42:16 | JC Penney's, c/o Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 14676516 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 27 2022 23:42:13 | Chase Mortgage, PO Box 78420, Phoenix, AZ 85062 |
| 14676528 | | Email/Text: BKRMailOPS@weltman.com | Oct 27 2022 23:39:00 | Kay Jewelers, P.O. Box 740425, Cincinnati, OH 45274-0425 |
| 14676529 | | Email/Text: PBNCNotifications@peritusservices.com | Oct 27 2022 23:39:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14738346 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2022 23:42:19 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14738250 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2022 23:41:31 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14738246 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2022 23:41:55 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14676530 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 23:42:17 | Levin Furniture, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14676531 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 23:42:15 | Lowe's, c/o Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |

Case 17-23285-CMB    Doc 87    Filed 10/29/22    Entered 10/30/22 00:25:17    Desc Imaged
                              Certificate of Notice    Page 9 of 12

| District/off: 0315-2 | User: auto | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Oct 27, 2022 | Form ID: pdf900 | Total Noticed: 69 |

| | | | | |
|---|---|---|---|---|
| 15073886 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 27 2022 23:42:14 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14690751 | + | Email/Text: bncnotifications@pheaa.org | Oct 27 2022 23:39:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14676537 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 27 2022 23:39:00 | PNC Bank, PO Box 747066, Pittsburgh, PA 15274 |
| 14735413 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 27 2022 23:39:00 | PNC Bank, N.A., PO Box 94982, Cleveland, Ohio 44101 |
| 14708753 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2022 23:42:18 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14677101 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 27 2022 23:42:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14676533 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 23:41:28 | Paypal Credit, c/o Synchrony Bank, PO Box 960080, Orlando, FL 32896-0080 |
| 14748491 | | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2022 23:39:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14691227 | | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2022 23:39:00 | Quantum3 Group LLC as agent for, Sterling Jewelers Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14676541 | | Email/Text: legalservices12@snaponcredit.com | Oct 27 2022 23:39:00 | Snap on Credit, 950 Technology Way, Libertyville, IL 60048 |
| 14683515 | | Email/Text: legalservices12@snaponcredit.com | Oct 27 2022 23:39:00 | Snap-on Credit, LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 14676540 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 23:41:28 | Sam's Club, c/o Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14750528 | + | Email/Text: bncmail@w-legal.com | Oct 27 2022 23:39:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14676543 | | Email/Text: bncmail@w-legal.com | Oct 27 2022 23:39:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 14676544 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 23:42:13 | The Q Card, c/o Synchrony Bank, PO Box 530905, Atlanta, GA 30353-0905 |
| 14676545 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 27 2022 23:40:00 | TruGreen, c/o Transworld Systems, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 14747959 | ^ | MEBN | Oct 27 2022 23:33:46 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14676547 | | Email/Text: amieg@stcol.com | Oct 27 2022 23:39:00 | UPMC Physician Services, c/o State Collection Service Inc., 2509 South Stoughton Road, Madison, WI 53716-3314 |
| 14747958 | ^ | MEBN | Oct 27 2022 23:33:37 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14676548 | | Email/Text: amieg@stcol.com | Oct 27 2022 23:39:00 | UPMC Presbyterian-Shadyside, c/o State Collection Service, 2509 South Stoughton Road, Madison, WI 53716-3314 |
| 14676549 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Oct 27 2022 23:39:00 | US Dept. of Education, PO Box 530229, Atlanta, GA 30353-0229 |
| 14750314 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Oct 27 2022 23:39:00 | United States Department of Education, Claims Filing Unit, Po Box 8973, Madison, WI 53708-8973 |
| 14676550 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 23:42:19 | Walmart, c/o Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |

| 14676552 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
|---|---|---|---|
| | | Oct 27 2022 23:39:00 | Zales, c/o Comenity Bank, PO Box 659819, San Antonio, TX 78265-9119 |

TOTAL: 58

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | JPMorgan Chase Bank, National Association |
| 14752192 | | Duquesne Light Company |
| 14733240 | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14684413 | *+ | American Education Services, Payment Center, Harrisburg, PA 17130-0001 |
| 14676504 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14684415 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14684416 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14684414 | *+ | Bank of America, PO Box 15220, Wilmington, DE 19886-5220 |
| 14684419 | *+ | Barclay's Bank, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14676506 | *+ | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14676508 | *+ | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14676509 | *+ | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14684417 | *+ | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14684418 | *+ | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14684420 | *+ | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14684421 | *+ | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14684422 | * | Capital Management Services, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14676514 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14676515 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14684424 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14684426 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14684427 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14676513 | *+ | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 14684423 | *+ | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 14684425 | *+ | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 14684429 | *+ | CitiBank, PO Box 9001037, Louisville, KY 40290-1037 |
| 14684430 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell, P.O. Box 6403, Carol Stream, IL 60197 |
| 14736014 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14684444 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Macy's, PO Box 78008, Phoenix, AZ 85062 |
| 14684431 | *+ | Discover Card, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14684432 | *+ | Dollar Bank Credit Card Operations, PO Box 1700, Pittsburgh, PA 15230-1700 |
| 14684433 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, First National Bank of Omaha, PO Box 2557, Omaha, NE 68103 |
| 14676523 | * | HH Gregg, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14684434 | * | HH Gregg, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14684435 | * | HH Gregg, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14684436 | *+ | Home Depot Credit Dept., PO Box 9001010, Louisville, KY 40290-1010 |
| 14684437 | *+ | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 14684438 | *+ | Home Shopping Network, c/o Comenity Bank, PO Box 659707, San Antonio, TX 78265-9707 |
| 14684439 | *+ | JC Penney's, c/o Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 14684428 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Mortgage, PO Box 78420, Phoenix, AZ 85062 |
| 14684440 | * | Kay Jewelers, P.O. Box 740425, Cincinnati, OH 45274-0425 |
| 14684441 | * | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14684442 | *+ | Levin Furniture, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |

District/off: 0315-2 User: auto Page 5 of 6
Date Rcvd: Oct 27, 2022 Form ID: pdf900 Total Noticed: 69

| | | | |
|---|---|---|---|
| 14684443 | *+ | | Lowe's, c/o Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14684449 | *P++ | | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 747066, Pittsburgh, PA 15274 |
| 14684450 | * | | PNC Bank Visa, PO Box 865177, Louisville, KY 40285 |
| 14676534 | *+ | | Paypal Credit, c/o Synchrony Bank, PO Box 960080, Orlando, FL 32896-0080 |
| 14684445 | *+ | | Paypal Credit, c/o Synchrony Bank, PO Box 960080, Orlando, FL 32896-0080 |
| 14684446 | *+ | | Paypal Credit, c/o Synchrony Bank, PO Box 960080, Orlando, FL 32896-0080 |
| 14684447 | *+ | | Penn Hills School District & Township, c/o Maiello Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14684448 | * | | Penn Hills Sewage, c/o Portnoff Law Associates, 1000 Sandy Hill Road, Suite 150, Norristown, PA 19401 |
| 14684451 | *+ | | Raymond Wendolowski, Jr., Esq., Bernstein-Burkley, PC, 707 Grant Street, Suite 2200, Pittsburgh, PA 15219-1945 |
| 14684453 | *P++ | | SNAP ON CREDIT, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339, address filed with court:, Snap on Credit, 950 Technology Way, Libertyville, IL 60048 |
| 14684452 | *+ | | Sam's Club, c/o Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14684454 | * | | Sunoco, Inc., P.O. Box 78056, Phoenix, AZ 85062-8056 |
| 14684455 | * | | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 14684456 | *+ | | The Q Card, c/o Synchrony Bank, PO Box 530905, Atlanta, GA 30353-0905 |
| 14684457 | *+ | | TruGreen, c/o Transworld Systems, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 14684458 | *+ | | UPMC Health Services, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14684459 | * | | UPMC Physician Services, c/o State Collection Service Inc., 2509 South Stoughton Road, Madison, WI 53716-3314 |
| 14684460 | * | | UPMC Presbyterian-Shadyside, c/o State Collection Service, 2509 South Stoughton Road, Madison, WI 53716-3314 |
| 14684461 | *+ | | US Dept. of Education, PO Box 530229, Atlanta, GA 30353-0229 |
| 14676551 | *+ | | Walmart, c/o Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 14684462 | *+ | | Walmart, c/o Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 14684463 | *+ | | Walmart, c/o Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 14684464 | *+ | | Zales, c/o Comenity Bank, PO Box 659819, San Antonio, TX 78265-9119 |

TOTAL: 4 Undeliverable, 65 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2022          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Joseph A. Dessoye | on behalf of Creditor JPMorgan Chase Bank National Association pawb@fedphe.com |
| Kenneth Steidl | on behalf of Debtor Shawn M. Devinney julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Dawn L. Devinney julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |

District/off: 0315-2 | User: auto | Page 6 of 6
Date Rcvd: Oct 27, 2022 | Form ID: pdf900 | Total Noticed: 69

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 9