**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Shawn M. Devinney | Social Security number or ITIN   xxx–xx–1362 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Dawn L. Devinney | Social Security number or ITIN   xxx–xx–0049 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   17–23285–CMB

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Shawn M. Devinney                    Dawn L. Devinney

12/28/22                    **By the court:** <u>Carlota M Bohm</u>
                    United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

| |
|---|
| **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.** |

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                      Case No. 17-23285-CMB

Shawn M. Devinney                                                                 Chapter 13

Dawn L. Devinney

      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 6 |
|---|---|---|
| Date Rcvd: Dec 28, 2022 | Form ID: 3180W | Total Noticed: 71 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shawn M. Devinney, Dawn L. Devinney, 20 Pecan Dr., Pittsburgh, PA 15235-2626 |
| 14676519 | + | Discover Card, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14676520 | + | Dollar Bank Credit Card Operations, PO Box 1700, Pittsburgh, PA 15230-1700 |
| 14676524 | + | Home Depot Credit Dept., PO Box 9001010, Louisville, KY 40290-1010 |
| 14676538 | | PNC Bank Visa, PO Box 865177, Louisville, KY 40285 |
| 14697394 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14676535 | + | Penn Hills School District & Township, c/o Maiello Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14676536 | | Penn Hills Sewage, c/o Portnoff Law Associates, 1000 Sandy Hill Road, Suite 150, Norristown, PA 19401 |
| 14676539 | + | Raymond Wendolowski, Jr., Esq., Bernstein-Burkley, PC, 707 Grant Street, Suite 2200, Pittsburgh, PA 15219-1945 |
| 14676542 | | Sunoco, Inc., P.O. Box 78056, Phoenix, AZ 85062-8056 |
| 14676546 | + | UPMC Health Services, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Dec 29 2022 04:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 28 2022 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 29 2022 04:44:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 28 2022 23:50:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Dec 28 2022 23:50:00 | ECMC, ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | + | EDI: AISMIDFIRST | Dec 29 2022 04:44:00 | MidFirst Bank, Bankruptcy Payments, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 28 2022 23:50:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14676501 | + | Email/Text: bncnotifications@pheaa.org | Dec 28 2022 23:50:00 | American Education Services, Payment Center, Harrisburg, PA 17130-0001 |

District/off: 0315-2                          User: auto                                          Page 2 of 6
Date Rcvd: Dec 28, 2022                     Form ID: 3180W                                  Total Noticed: 71

| | | | |
|---|---|---|---|
| 14676503 | | EDI: BANKAMER.COM | |
| | | Dec 29 2022 04:44:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14724816 | | EDI: BANKAMER.COM | |
| | | Dec 29 2022 04:44:00 | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14676502 | + | EDI: BANKAMER.COM | |
| | | Dec 29 2022 04:44:00 | Bank of America, PO Box 15220, Wilmington, DE 19886-5220 |
| 14722369 | + | EDI: BANKAMER2.COM | |
| | | Dec 29 2022 04:44:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14676507 | + | EDI: TSYS2 | |
| | | Dec 29 2022 04:44:00 | Barclay's Bank, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14676505 | + | EDI: TSYS2 | |
| | | Dec 29 2022 04:44:00 | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14676510 | | Email/Text: cms-bk@cms-collect.com | |
| | | Dec 28 2022 23:50:00 | Capital Management Services, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14676512 | | EDI: CAPITALONE.COM | |
| | | Dec 29 2022 04:44:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14676511 | + | EDI: CAPITALONE.COM | |
| | | Dec 29 2022 04:44:00 | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 14720437 | | Email/PDF: bncnotices@becket-lee.com | |
| | | Dec 29 2022 00:00:07 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14676517 | + | EDI: CITICORP.COM | |
| | | Dec 29 2022 04:44:00 | CitiBank, PO Box 9001037, Louisville, KY 40290-1037 |
| 14676518 | | Email/PDF: DellBKNotifications@resurgent.com | |
| | | Dec 28 2022 23:49:53 | Dell, P.O. Box 6403, Carol Stream, IL 60197 |
| 14676532 | + | EDI: CITICORP.COM | |
| | | Dec 29 2022 04:44:00 | Macy's, PO Box 78008, Phoenix, AZ 85062 |
| 14732264 | | EDI: Q3G.COM | |
| | | Dec 29 2022 04:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14683797 | | EDI: DISCOVER.COM | |
| | | Dec 29 2022 04:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14869151 | | Email/Text: ECMCBKNotices@ecmc.org | |
| | | Dec 28 2022 23:50:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14676521 | | Email/Text: collecadminbankruptcy@fnni.com | |
| | | Dec 28 2022 23:50:00 | First National Bank of Omaha, PO Box 2557, Omaha, NE 68103 |
| 14677102 | | Email/Text: collecadminbankruptcy@fnni.com | |
| | | Dec 28 2022 23:50:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14676522 | | EDI: RMSC.COM | |
| | | Dec 29 2022 04:44:00 | HH Gregg, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14676525 | + | EDI: CITICORP.COM | |
| | | Dec 29 2022 04:44:00 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 14676526 | + | EDI: WFNNB.COM | |
| | | Dec 29 2022 04:44:00 | Home Shopping Network, c/o Comenity Bank, PO Box 659707, San Antonio, TX 78265-9707 |
| 14676527 | + | EDI: RMSC.COM | |
| | | Dec 29 2022 04:44:00 | JC Penney's, c/o Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 14676516 | | EDI: JPMORGANCHASE | |
| | | Dec 29 2022 04:44:00 | Chase Mortgage, PO Box 78420, Phoenix, AZ 85062 |
| 14676528 | | Email/Text: BKRMailOPS@weltman.com | |
| | | Dec 28 2022 23:50:00 | Kay Jewelers, P.O. Box 740425, Cincinnati, OH 45274-0425 |
| 14676529 | | Email/Text: PBNCNotifications@peritusservices.com | |
| | | Dec 28 2022 23:50:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14738346 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Dec 29 2022 00:00:06 | LVNV Funding, LLC its successors and assigns |

District/off: 0315-2                           User: auto                                    Page 3 of 6

Date Rcvd: Dec 28, 2022                     Form ID: 3180W                              Total Noticed: 71

| | | | |
|---|---|---|---|
| | | | as, assignee of Capital One, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14738250 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Dec 28 2022 23:49:37 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14738246 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Dec 28 2022 23:49:52 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14676530 | + | EDI: RMSC.COM | |
| | | Dec 29 2022 04:44:00 | Levin Furniture, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14676531 | + | EDI: RMSC.COM | |
| | | Dec 29 2022 04:44:00 | Lowe's, c/o Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 15073886 | + | EDI: AISMIDFIRST | |
| | | Dec 29 2022 04:44:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14690751 | + | Email/Text: bncnotifications@pheaa.org | |
| | | Dec 28 2022 23:50:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14735413 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Dec 28 2022 23:50:00 | PNC Bank, N.A., PO Box 94982, Cleveland, Ohio 44101 |
| 14676537 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Dec 28 2022 23:50:00 | PNC Bank, PO Box 747066, Pittsburgh, PA 15274 |
| 14708753 | | EDI: PRA.COM | |
| | | Dec 29 2022 04:44:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14677101 | + | EDI: RECOVERYCORP.COM | |
| | | Dec 29 2022 04:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14676533 | + | EDI: RMSC.COM | |
| | | Dec 29 2022 04:44:00 | Paypal Credit, c/o Synchrony Bank, PO Box 960080, Orlando, FL 32896-0080 |
| 14748491 | | EDI: Q3G.COM | |
| | | Dec 29 2022 04:44:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14691227 | | EDI: Q3G.COM | |
| | | Dec 29 2022 04:44:00 | Quantum3 Group LLC as agent for, Sterling Jewelers Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14676541 | | Email/Text: legalservices12@snaponcredit.com | |
| | | Dec 28 2022 23:50:00 | Snap on Credit, 950 Technology Way, Libertyville, IL 60048 |
| 14683515 | | Email/Text: legalservices12@snaponcredit.com | |
| | | Dec 28 2022 23:50:00 | Snap-on Credit, LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 14676540 | + | EDI: RMSC.COM | |
| | | Dec 29 2022 04:44:00 | Sam's Club, c/o Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14750528 | + | Email/Text: bncmail@w-legal.com | |
| | | Dec 28 2022 23:50:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14676543 | | EDI: WTRRNBANK.COM | |
| | | Dec 29 2022 04:44:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 14676544 | + | EDI: RMSC.COM | |
| | | Dec 29 2022 04:44:00 | The Q Card, c/o Synchrony Bank, PO Box 530905, Atlanta, GA 30353-0905 |
| 14676545 | + | Email/Text: bankruptcydepartment@tsico.com | |
| | | Dec 28 2022 23:50:00 | TruGreen, c/o Transworld Systems, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 14747959 | ^ | MEBN | |
| | | Dec 28 2022 23:43:50 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14676547 | | Email/Text: amieg@stcol.com | |
| | | Dec 28 2022 23:50:00 | UPMC Physician Services, c/o State Collection |

District/off: 0315-2                                       User: auto                                             Page 4 of 6
Date Rcvd: Dec 28, 2022                              Form ID: 3180W                                    Total Noticed: 71

| | | | | |
|---|---|---|---|---|
| | | | | Service Inc., 2509 South Stoughton Road, Madison, WI 53716-3314 |
| 14747958 | ^ MEBN | | | |
| | | | Dec 28 2022 23:44:02 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14676548 | Email/Text: amieg@stcol.com | | | |
| | | | Dec 28 2022 23:50:00 | UPMC Presbyterian-Shadyside, c/o State Collection Service, 2509 South Stoughton Road, Madison, WI 53716-3314 |
| 14676549 | + Email/Text: Great_Lakes_EBN_Docs@nelnet.net | | | |
| | | | Dec 28 2022 23:50:00 | US Dept. of Education, PO Box 530229, Atlanta, GA 30353-0229 |
| 14750314 | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | | | |
| | | | Dec 28 2022 23:50:00 | United States Department of Education, Claims Filing Unit, Po Box 8973, Madison, WI 53708-8973 |
| 14676550 | + EDI: RMSC.COM | | | |
| | | | Dec 29 2022 04:44:00 | Walmart, c/o Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 14676552 | + EDI: WFNNB.COM | | | |
| | | | Dec 29 2022 04:44:00 | Zales, c/o Comenity Bank, PO Box 659819, San Antonio, TX 78265-9119 |

TOTAL: 62

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | JPMorgan Chase Bank, National Association |
| 14752192 | | Duquesne Light Company |
| 14733240 | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14684413 | *+ | American Education Services, Payment Center, Harrisburg, PA 17130-0001 |
| 14676504 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14684415 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14684416 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14684414 | *+ | Bank of America, PO Box 15220, Wilmington, DE 19886-5220 |
| 14684419 | *+ | Barclay's Bank, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14676506 | *+ | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14676508 | *+ | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14676509 | *+ | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14684417 | *+ | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14684418 | *+ | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14684420 | *+ | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14684421 | *+ | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14684422 | * | Capital Management Services, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14676514 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14676515 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14684424 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14684426 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14684427 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14676513 | *+ | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 14684423 | *+ | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 14684425 | *+ | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 14684429 | *+ | CitiBank, PO Box 9001037, Louisville, KY 40290-1037 |
| 14736014 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14684430 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell, P.O. Box 6403, Carol Stream, IL 60197 |
| 14684444 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's, PO Box 78008, Phoenix, AZ 85062 |

District/off: 0315-2 | User: auto | Page 5 of 6

Date Rcvd: Dec 28, 2022 | Form ID: 3180W | Total Noticed: 71

| | | |
|---|---|---|
| 14684431 | *+ | Discover Card, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14684432 | *+ | Dollar Bank Credit Card Operations, PO Box 1700, Pittsburgh, PA 15230-1700 |
| 14684433 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, First National Bank of Omaha, PO Box 2557, Omaha, NE 68103 |
| 14676523 | * | HH Gregg, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14684434 | * | HH Gregg, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14684435 | * | HH Gregg, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14684436 | *+ | Home Depot Credit Dept., PO Box 9001010, Louisville, KY 40290-1010 |
| 14684437 | *+ | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 14684438 | *+ | Home Shopping Network, c/o Comenity Bank, PO Box 659707, San Antonio, TX 78265-9707 |
| 14684439 | *+ | JC Penney's, c/o Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 14684428 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Mortgage, PO Box 78420, Phoenix, AZ 85062 |
| 14684440 | * | Kay Jewelers, P.O. Box 740425, Cincinnati, OH 45274-0425 |
| 14684441 | * | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14684442 | *+ | Levin Furniture, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14684443 | *+ | Lowe's, c/o Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14684449 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 747066, Pittsburgh, PA 15274 |
| 14684450 | * | PNC Bank Visa, PO Box 865177, Louisville, KY 40285 |
| 14684445 | *+ | Paypal Credit, c/o Synchrony Bank, PO Box 960080, Orlando, FL 32896-0080 |
| 14684446 | *+ | Paypal Credit, c/o Synchrony Bank, PO Box 960080, Orlando, FL 32896-0080 |
| 14676534 | *+ | Paypal Credit, c/o Synchrony Bank, PO Box 960080, Orlando, FL 32896-0080 |
| 14684447 | *+ | Penn Hills School District & Township, c/o Maiello Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14684448 | * | Penn Hills Sewage, c/o Portnoff Law Associates, 1000 Sandy Hill Road, Suite 150, Norristown, PA 19401 |
| 14684451 | *+ | Raymond Wendolowski, Jr., Esq., Bernstein-Burkley, PC, 707 Grant Street, Suite 2200, Pittsburgh, PA 15219-1945 |
| 14684453 | *P++ | SNAP ON CREDIT, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339, address filed with court:, Snap on Credit, 950 Technology Way, Libertyville, IL 60048 |
| 14684452 | *+ | Sam's Club, c/o Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14684454 | * | Sunoco, Inc., P.O. Box 78056, Phoenix, AZ 85062-8056 |
| 14684455 | * | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 14684456 | *+ | The Q Card, c/o Synchrony Bank, PO Box 530905, Atlanta, GA 30353-0905 |
| 14684457 | *+ | TruGreen, c/o Transworld Systems, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 14684458 | *+ | UPMC Health Services, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14684459 | * | UPMC Physician Services, c/o State Collection Service Inc., 2509 South Stoughton Road, Madison, WI 53716-3314 |
| 14684460 | * | UPMC Presbyterian-Shadyside, c/o State Collection Service, 2509 South Stoughton Road, Madison, WI 53716-3314 |
| 14684461 | *+ | US Dept. of Education, PO Box 530229, Atlanta, GA 30353-0229 |
| 14684462 | *+ | Walmart, c/o Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 14684463 | *+ | Walmart, c/o Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 14676551 | *+ | Walmart, c/o Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 14684464 | *+ | Zales, c/o Comenity Bank, PO Box 659819, San Antonio, TX 78265-9119 |

TOTAL: 4 Undeliverable, 65 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2022 at the address(es) listed below:**

District/off: 0315-2

User: auto

Page 6 of 6

Date Rcvd: Dec 28, 2022

Form ID: 3180W

Total Noticed: 71

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Joseph A. Dessoye | on behalf of Creditor JPMorgan Chase Bank  National Association pawb@fedphe.com |
| Kenneth Steidl | on behalf of Debtor Shawn M. Devinney julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Dawn L. Devinney julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

TOTAL: 9