IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
SHAWN M. DEVINNEY
DAWN L. DEVINNEY
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-23285

Chapter 13

Document No.:  83

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this \_\_28th\_\_ day of \_\_December\_\_, 20 22, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
12/28/22 2:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE    dmr

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-23285-CMB
Shawn M. Devinney     Chapter 13
Dawn L. Devinney
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 6
Date Rcvd: Dec 28, 2022     Form ID: pdf900     Total Noticed: 69

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shawn M. Devinney, Dawn L. Devinney, 20 Pecan Dr., Pittsburgh, PA 15235-2626 |
| 14676519 | + | Discover Card, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14676520 | + | Dollar Bank Credit Card Operations, PO Box 1700, Pittsburgh, PA 15230-1700 |
| 14676524 | + | Home Depot Credit Dept., PO Box 9001010, Louisville, KY 40290-1010 |
| 14676538 | | PNC Bank Visa, PO Box 865177, Louisville, KY 40285 |
| 14697394 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14676535 | + | Penn Hills School District & Township, c/o Maiello Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14676536 | | Penn Hills Sewage, c/o Portnoff Law Associates, 1000 Sandy Hill Road, Suite 150, Norristown, PA 19401 |
| 14676539 | + | Raymond Wendolowski, Jr., Esq., Bernstein-Burkley, PC, 707 Grant Street, Suite 2200, Pittsburgh, PA 15219-1945 |
| 14676542 | | Sunoco, Inc., P.O. Box 78056, Phoenix, AZ 85062-8056 |
| 14676546 | + | UPMC Health Services, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Dec 28 2022 23:50:00 | ECMC, ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 28 2022 23:49:34 | MidFirst Bank, Bankruptcy Payments, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 28 2022 23:50:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14676501 | + | Email/Text: bncnotifications@pheaa.org | Dec 28 2022 23:50:00 | American Education Services, Payment Center, Harrisburg, PA 17130-0001 |
| 14676503 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 28 2022 23:50:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14724816 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 28 2022 23:50:00 | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14676502 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 28 2022 23:50:00 | Bank of America, PO Box 15220, Wilmington, DE 19886-5220 |
| 14722369 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 28 2022 23:50:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14676507 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 28 2022 23:50:00 | Barclay's Bank, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14676505 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 28 2022 23:50:00 | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |

| District/off: 0315-2 | User: auto | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Dec 28, 2022 | Form ID: pdf900 | Total Noticed: 69 |

| | | | | |
|---|---|---|---|---|
| 14676510 | | Email/Text: cms-bk@cms-collect.com | Dec 28 2022 23:50:00 | Capital Management Services, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14676512 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2022 23:49:52 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14676511 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2022 23:49:34 | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 14720437 | | Email/PDF: bncnotices@becket-lee.com | Dec 29 2022 00:00:12 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14676517 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 29 2022 00:00:20 | CitiBank, PO Box 9001037, Louisville, KY 40290-1037 |
| 14676518 | | Email/PDF: DellBKNotifications@resurgent.com | Dec 29 2022 00:00:06 | Dell, P.O. Box 6403, Carol Stream, IL 60197 |
| 14676532 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 29 2022 00:00:11 | Macy's, PO Box 78008, Phoenix, AZ 85062 |
| 14732264 | | Email/Text: bnc-quantum@quantum3group.com | Dec 28 2022 23:50:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14683797 | | Email/Text: mrdiscen@discover.com | Dec 28 2022 23:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14869151 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 28 2022 23:50:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14676521 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 28 2022 23:50:00 | First National Bank of Omaha, PO Box 2557, Omaha, NE 68103 |
| 14677102 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 28 2022 23:50:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14676522 | | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 23:49:37 | HH Gregg, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14676525 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 29 2022 00:00:11 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 14676526 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 28 2022 23:50:00 | Home Shopping Network, c/o Comenity Bank, PO Box 659707, San Antonio, TX 78265-9707 |
| 14676527 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 23:49:37 | JC Penney's, c/o Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 14676516 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 28 2022 23:49:51 | Chase Mortgage, PO Box 78420, Phoenix, AZ 85062 |
| 14676528 | | Email/Text: BKRMailOPS@weltman.com | Dec 28 2022 23:50:00 | Kay Jewelers, P.O. Box 740425, Cincinnati, OH 45274-0425 |
| 14676529 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 28 2022 23:50:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14738346 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 29 2022 00:00:06 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14738250 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 29 2022 00:00:06 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14738246 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 28 2022 23:49:37 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14676530 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 23:49:52 | Levin Furniture, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14676531 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 23:49:35 | Lowe's, c/o Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |

Case 17-23285-CMB   Doc 91   Filed 12/30/22   Entered 12/31/22 00:24:28   Desc Imaged
Certificate of Notice   Page 4 of 7

| District/off: 0315-2 | User: auto | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Dec 28, 2022 | Form ID: pdf900 | Total Noticed: 69 |

| CR # | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 15073886 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 28 2022 23:49:34 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14690751 | + | Email/Text: bncnotifications@pheaa.org | Dec 28 2022 23:50:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14735413 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 28 2022 23:50:00 | PNC Bank, N.A., PO Box 94982, Cleveland, Ohio 44101 |
| 14676537 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 28 2022 23:50:00 | PNC Bank, PO Box 747066, Pittsburgh, PA 15274 |
| 14708753 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2022 23:49:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14677101 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 28 2022 23:49:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14676533 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 23:49:37 | Paypal Credit, c/o Synchrony Bank, PO Box 960080, Orlando, FL 32896-0080 |
| 14748491 | | Email/Text: bnc-quantum@quantum3group.com | Dec 28 2022 23:50:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14691227 | | Email/Text: bnc-quantum@quantum3group.com | Dec 28 2022 23:50:00 | Quantum3 Group LLC as agent for, Sterling Jewelers Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14676541 | | Email/Text: legalservices12@snaponcredit.com | Dec 28 2022 23:50:00 | Snap on Credit, 950 Technology Way, Libertyville, IL 60048 |
| 14683515 | | Email/Text: legalservices12@snaponcredit.com | Dec 28 2022 23:50:00 | Snap-on Credit, LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 14676540 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 23:49:51 | Sam's Club, c/o Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14750528 | + | Email/Text: bncmail@w-legal.com | Dec 28 2022 23:50:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14676543 | | Email/Text: bncmail@w-legal.com | Dec 28 2022 23:50:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 14676544 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 23:49:45 | The Q Card, c/o Synchrony Bank, PO Box 530905, Atlanta, GA 30353-0905 |
| 14676545 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 28 2022 23:50:00 | TruGreen, c/o Transworld Systems, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 14747959 | ^ | MEBN | Dec 28 2022 23:43:50 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14676547 | | Email/Text: amieg@stcol.com | Dec 28 2022 23:50:00 | UPMC Physician Services, c/o State Collection Service Inc., 2509 South Stoughton Road, Madison, WI 53716-3314 |
| 14747958 | ^ | MEBN | Dec 28 2022 23:44:03 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14676548 | | Email/Text: amieg@stcol.com | Dec 28 2022 23:50:00 | UPMC Presbyterian-Shadyside, c/o State Collection Service, 2509 South Stoughton Road, Madison, WI 53716-3314 |
| 14676549 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Dec 28 2022 23:50:00 | US Dept. of Education, PO Box 530229, Atlanta, GA 30353-0229 |
| 14750314 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Dec 28 2022 23:50:00 | United States Department of Education, Claims Filing Unit, Po Box 8973, Madison, WI 53708-8973 |
| 14676550 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 23:49:37 | Walmart, c/o Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |

| District/off: 0315-2 | User: auto | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Dec 28, 2022 | Form ID: pdf900 | Total Noticed: 69 |

| 14676552 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
|---|---|---|---|---|
| | | | Dec 28 2022 23:50:00 | Zales, c/o Comenity Bank, PO Box 659819, San Antonio, TX 78265-9119 |

TOTAL: 58

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | JPMorgan Chase Bank, National Association |
| 14752192 | | Duquesne Light Company |
| 14733240 | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14684413 | *+ | American Education Services, Payment Center, Harrisburg, PA 17130-0001 |
| 14676504 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14684415 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14684416 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14684414 | *+ | Bank of America, PO Box 15220, Wilmington, DE 19886-5220 |
| 14684419 | *+ | Barclay's Bank, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14676506 | *+ | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14676508 | *+ | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14676509 | *+ | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14684417 | *+ | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14684418 | *+ | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14684420 | *+ | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14684421 | *+ | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14684422 | * | Capital Management Services, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14676514 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14676515 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14684424 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14684426 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14684427 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14676513 | *+ | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 14684423 | *+ | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 14684425 | *+ | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 14684429 | *+ | CitiBank, PO Box 9001037, Louisville, KY 40290-1037 |
| 14736014 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14684430 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell, P.O. Box 6403, Carol Stream, IL 60197 |
| 14684444 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's, PO Box 78008, Phoenix, AZ 85062 |
| 14684431 | *+ | Discover Card, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14684432 | *+ | Dollar Bank Credit Card Operations, PO Box 1700, Pittsburgh, PA 15230-1700 |
| 14684433 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, First National Bank of Omaha, PO Box 2557, Omaha, NE 68103 |
| 14676523 | * | HH Gregg, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14684434 | * | HH Gregg, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14684435 | * | HH Gregg, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14684436 | *+ | Home Depot Credit Dept., PO Box 9001010, Louisville, KY 40290-1010 |
| 14684437 | *+ | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 14684438 | *+ | Home Shopping Network, c/o Comenity Bank, PO Box 659707, San Antonio, TX 78265-9707 |
| 14684439 | *+ | JC Penney's, c/o Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 14684428 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Mortgage, PO Box 78420, Phoenix, AZ 85062 |
| 14684440 | * | Kay Jewelers, P.O. Box 740425, Cincinnati, OH 45274-0425 |
| 14684441 | * | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14684442 | *+ | Levin Furniture, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |

| | | | |
|---|---|---|---|
| District/off: 0315-2 | | User: auto | Page 5 of 6 |
| Date Rcvd: Dec 28, 2022 | | Form ID: pdf900 | Total Noticed: 69 |

| | | |
|---|---|---|
| 14684443 | *+ | Lowe's, c/o Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14684449 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 747066, Pittsburgh, PA 15274 |
| 14684450 | * | PNC Bank Visa, PO Box 865177, Louisville, KY 40285 |
| 14676534 | *+ | Paypal Credit, c/o Synchrony Bank, PO Box 960080, Orlando, FL 32896-0080 |
| 14684445 | *+ | Paypal Credit, c/o Synchrony Bank, PO Box 960080, Orlando, FL 32896-0080 |
| 14684446 | *+ | Paypal Credit, c/o Synchrony Bank, PO Box 960080, Orlando, FL 32896-0080 |
| 14684447 | *+ | Penn Hills School District & Township, c/o Maiello Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14684448 | * | Penn Hills Sewage, c/o Portnoff Law Associates, 1000 Sandy Hill Road, Suite 150, Norristown, PA 19401 |
| 14684451 | *+ | Raymond Wendolowski, Jr., Esq., Bernstein-Burkley, PC, 707 Grant Street, Suite 2200, Pittsburgh, PA 15219-1945 |
| 14684453 | *P++ | SNAP ON CREDIT, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339, address filed with court:, Snap on Credit, 950 Technology Way, Libertyville, IL 60048 |
| 14684452 | *+ | Sam's Club, c/o Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14684454 | * | Sunoco, Inc., P.O. Box 78056, Phoenix, AZ 85062-8056 |
| 14684455 | * | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 14684456 | *+ | The Q Card, c/o Synchrony Bank, PO Box 530905, Atlanta, GA 30353-0905 |
| 14684457 | *+ | TruGreen, c/o Transworld Systems, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 14684458 | *+ | UPMC Health Services, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14684459 | * | UPMC Physician Services, c/o State Collection Service Inc., 2509 South Stoughton Road, Madison, WI 53716-3314 |
| 14684460 | * | UPMC Presbyterian-Shadyside, c/o State Collection Service, 2509 South Stoughton Road, Madison, WI 53716-3314 |
| 14684461 | *+ | US Dept. of Education, PO Box 530229, Atlanta, GA 30353-0229 |
| 14684462 | *+ | Walmart, c/o Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 14684463 | *+ | Walmart, c/o Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 14676551 | *+ | Walmart, c/o Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 14684464 | *+ | Zales, c/o Comenity Bank, PO Box 659819, San Antonio, TX 78265-9119 |

TOTAL: 4 Undeliverable, 65 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2022       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Joseph A. Dessoye | on behalf of Creditor JPMorgan Chase Bank  National Association pawb@fedphe.com |
| Kenneth Steidl | on behalf of Debtor Shawn M. Devinney julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Dawn L. Devinney julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 6 of 6 |
| Date Rcvd: Dec 28, 2022 | Form ID: pdf900 | Total Noticed: 69 |

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 9