**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re:<br>　　SHAWN M. DEVINNEY<br>　　DAWN L. DEVINNEY<br>　　　　Debtor(s) | Case No. 17-23285CMB |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/15/2017.

2) The plan was confirmed on 10/10/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/26/2018, 05/22/2018.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 08/29/2022.

6) Number of months from filing or conversion to last payment: 60.

7) Number of months case was pending: 65.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $104,139.97.

10) Amount of unsecured claims discharged without full payment: $121,414.42.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

| Receipts: | |
|---|---:|
| Total paid by or on behalf of the debtor | $188,776.80 |
| Less amount refunded to debtor | $3,370.43 |
| **NET RECEIPTS:** | **$185,406.37** |

| Expenses of Administration: | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,200.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $8,360.60 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$11,560.60** |
| Attorney fees paid and disclosed by debtor: | $800.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| BANK OF AMERICA NA** | Unsecured | 5,088.68 | 5,148.40 | 5,148.40 | 428.43 | 0.00 |
| BANK OF AMERICA NA** | Unsecured | 10,850.35 | 11,015.03 | 11,015.03 | 916.63 | 0.00 |
| BANK OF AMERICA NA** | Secured | 26,367.10 | 25,871.15 | 25,811.05 | 25,811.05 | 2,914.61 |
| CAPITAL ONE NA** | Unsecured | 997.84 | 1,053.79 | 1,053.79 | 87.70 | 0.00 |
| DELL FINANCIAL SERVICES LLC | Unsecured | 951.39 | 1,011.79 | 1,011.79 | 84.20 | 0.00 |
| DEPARTMENT STORES NATIONAL BA | Unsecured | 4,237.38 | 4,501.53 | 4,501.53 | 374.60 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 1,890.06 | 1,966.08 | 1,966.08 | 163.61 | 0.00 |
| DOLLAR BANK FSB(*) | Unsecured | 4,754.54 | NA | NA | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY(*) | Unsecured | NA | 429.18 | 429.18 | 35.72 | 0.00 |
| ECMC(*) | Unsecured | 13,763.13 | 14,307.93 | 14,307.93 | 1,190.66 | 0.00 |
| FIRST NATIONAL BANK OF OMAHA(* | Unsecured | 2,249.16 | 2,384.69 | 2,384.69 | 198.44 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 635.23 | 652.30 | 652.30 | 54.28 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 407.12 | 418.06 | 418.06 | 34.79 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 2,754.62 | 2,882.02 | 2,882.02 | 239.83 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 2,172.69 | 2,202.33 | 2,202.33 | 183.27 | 0.00 |
| MIDFIRST BANK SSB* | Secured | 100,150.50 | 97,369.50 | 0.00 | 82,926.45 | 0.00 |
| MIDFIRST BANK SSB* | Secured | 0.00 | 165.71 | 165.71 | 165.71 | 0.00 |
| PENN HILLS SD & PENN HILLS MUNI | Priority | 711.32 | 732.90 | 732.90 | 732.90 | 0.00 |
| PENN HILLS SEWAGE* | Unsecured | 192.74 | NA | NA | 0.00 | 0.00 |
| PNC BANK NA | Unsecured | 18,930.99 | 19,397.61 | 19,397.61 | 1,614.20 | 0.00 |
| PNC BANK NA | Secured | 35,268.04 | 35,451.95 | 36,086.08 | 36,086.08 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 1,797.76 | 2,134.99 | 2,134.99 | 177.66 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 4,442.25 | 4,576.45 | 4,576.45 | 380.83 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 4,476.16 | 4,819.67 | 4,819.67 | 401.07 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 2,283.97 | 2,459.94 | 2,459.94 | 204.71 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 1,505.55 | 2,041.99 | 2,041.99 | 169.92 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 1,920.54 | 2,066.84 | 2,066.84 | 171.99 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 7,348.79 | 7,348.79 | 7,348.79 | 611.54 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 538.75 | 560.58 | 560.58 | 46.65 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 922.53 | 951.93 | 951.93 | 79.22 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MON | Unsecured | 2,407.28 | 2,499.92 | 2,499.92 | 208.03 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC AGNT - MOM | Unsecured | 3,459.03 | 3,459.03 | 3,459.03 | 287.85 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOM | Unsecured | 1,441.29 | 1,614.53 | 1,614.53 | 134.35 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOM | Unsecured | 6,561.93 | 6,561.93 | 6,561.93 | 546.06 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOM | Unsecured | 2,590.54 | 2,673.97 | 2,673.97 | 222.52 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOM | Unsecured | 3,740.56 | 3,859.01 | 3,859.01 | 321.14 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOM | Unsecured | 4,022.89 | 4,114.88 | 4,114.88 | 342.43 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOM | Unsecured | 5,507.60 | 5,690.87 | 5,690.87 | 473.57 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOM | Unsecured | 2,147.13 | 2,263.46 | 2,263.46 | 188.36 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOM | Unsecured | 1,454.08 | 1,527.19 | 1,527.19 | 127.08 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - STEI | Secured | 5,465.13 | 5,686.97 | 0.00 | 0.00 | 0.00 |
| SNAP-ON CREDIT LLC | Secured | 8,000.00 | 8,042.28 | 8,042.28 | 8,042.28 | 643.47 |
| SUNOCO/CBSD | Unsecured | 341.48 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 3,925.92 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 1,531.46 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 1,250.91 | NA | NA | 0.00 | 0.00 |
| TD BANK USA NA** | Unsecured | 3,269.71 | 3,406.18 | 3,406.18 | 283.45 | 0.00 |
| TRANSWORLD SYSTEMS INC | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| UNITED STATES DEPARTMENT OF ED | Unsecured | 62,911.02 | 65,074.76 | 65,074.76 | 5,415.29 | 0.00 |
| UPMC HEALTH SERVICES | Unsecured | 154.00 | 769.49 | 769.49 | 64.04 | 0.00 |
| UPMC HEALTH SERVICES | Unsecured | 0.00 | 211.81 | 211.81 | 17.63 | 0.00 |
| UPMC PHYSICIAN SERVICES | Unsecured | 0.00 | 252.60 | 252.60 | 21.02 | 0.00 |
| UPMC PHYSICIAN SERVICES | Unsecured | 439.53 | 245.78 | 245.78 | 20.45 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $82,926.45 | $0.00 |
| Mortgage Arrearage | $165.71 | $165.71 | $0.00 |
| Debt Secured by Vehicle | $61,897.13 | $61,897.13 | $2,914.61 |
| All Other Secured | $8,042.28 | $8,042.28 | $643.47 |
| **TOTAL SECURED:** | **$70,105.12** | **$153,031.57** | **$3,558.08** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $732.90 | $732.90 | $0.00 |
| **TOTAL PRIORITY:** | **$732.90** | **$732.90** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$198,557.33** | **$16,523.22** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $11,560.60 |
| Disbursements to Creditors | $173,845.77 |
| **TOTAL DISBURSEMENTS** : | **$185,406.37** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/05/2023　　　　　　　　　By:/s/ Ronda J. Winnecour
　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**